## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| NUTROGANICS, INC., et al.[1] | Case No. 16-12271 (CSS) |
| Debtors. | Joint Administration Requested |
| | **Re: Docket No. _13_** |

### ORDER GRANTING APPLICATION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, PURSUANT TO BANKRUPTCY CODE SECTIONS 327(a) AND 328(a), BANKRUPTCY RULES 2014(a) AND 2016, AND LOCAL RULE 2014-1 FOR AUTHORITY TO EMPLOY AND RETAIN PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO CHAPTER 7 TRUSTEE, *NUNC PRO TUNC* TO OCTOBER 14, 2016

Upon consideration of the Application (the "Application")[2] of Alfred T. Giuliano,

the chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the

"Debtors"), pursuant to sections 327(a) and 328(a) of the Bankruptcy Code for authority to

employ and retain Pachulski Stang Ziehl & Jones LLP ("PSZ&J") as counsel to the Trustee,

*nunc pro tunc* to October 14, 2016, the Court having reviewed the Application, and the

Declaration of Bradford J. Sandler (the "Declaration"); the Court finding that: (a) the Court has

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing

Order of Reference* from the United States District Court for the District of Delaware, dated

February 29, 2012, and that this Court may enter a final order consistent with Article III of the

United States Constitution; (b) notice of the Application and the hearing was sufficient under the

circumstances; (c) the Court having determined that PSZ&J (the "Firm") is a "disinterested

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Nutroganics, Inc. (1291); NuStar Manufacturing, LLC (7239); Silverbow Honey Company, Inc. (6713) The location of the corporate headquarters for Nutroganics, Inc. and NuStar Manufacturing, LLC is 9812 Falls Road, #114-299, Potomac, Maryland 20854. The location of the corporate headquarters for Silverbow Honey Company, Inc. is 1120 E. Wheeler Road, Moses Lake, Washington 98837.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

1

person" pursuant to § 101(14) of the Bankruptcy Code; and (d) the Court having determined that

the legal and factual bases set forth in the Application and the Declaration establish just cause for

the relief granted herein; and it appearing to the Court that the said Application should be

approved, it is HEREBY ORDERED THAT:

1.      The Application is GRANTED as set forth herein.

2.      The Trustee is hereby authorized to retain and employ PSZ&J as counsel

pursuant to sections 327 and 328 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and

Local Rule 2014-1, *nunc pro tunc* to October 14, 2016.

3.      PSZ&J shall apply for compensation for professional services rendered

and reimbursement of expenses incurred in connection with the Debtors' Cases in compliance

with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and any

applicable procedures and orders of this Court.

4.      PSZ&J is authorized to render professional services to the Trustee as

described in the Application.

5.      The Trustee and PSZ&J are authorized and empowered to take all actions

necessary to implement the relief granted in this Order.

6.      The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

7.      This Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation of this Order.

Dated:  ___12/7_____, 2016

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

2