IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NUTROGANICS, INC., et al.[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 16-12271 (CSS)<br><br>Jointly Administered |

Objection Deadline: January 22, <u>2019</u> at 4:00 p.m. (ET)
Hearing Date: February 13, 2019 at 10:45 a.m. (ET)

### <u>CORRECTED[2] NOTICE OF FIFTH MOTION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, FOR ORDER (A) ENLARGING THE PERIOD WITHIN WHICH THE CHAPTER 7 TRUSTEE MAY REMOVE ACTIONS AND (B) GRANTING RELATED RELIEF</u>

To: (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the Debtors; and (c) those persons who have requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on January 7, 2019, Alfred T. Giuliano, chapter 7 trustee (the "<u>Trustee</u>"), to the estates of the above-captioned debtors, filed the *Fifth Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order (A) Enlarging the Period Within Which the Chapter 7 Trustee May Remove Actions and (B) Granting Related Relief* (the "<u>Motion</u>"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "<u>Bankruptcy Court</u>"). A copy of the Motion is attached hereto.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Nutroganics, Inc. (1291); NuStar Manufacturing, LLC (7239); Silverbow Honey Company, Inc. (6713) The location of the corporate headquarters for Nutroganics, Inc. and NuStar Manufacturing, LLC is 9812 Falls Road, #114-299, Potomac, Maryland 20854. The former location of the corporate headquarters for Silverbow Honey Company, Inc. was 1120 E. Wheeler Road, Moses Lake, Washington 98837.

[2] **Corrected to reflect objection deadline of January 22, 2019 at 4:00 p.m. (ET). The original notice of hearing and first page of the Motion mistakenly list January 22, 2018 at 4:00 p.m. (ET) as the objection deadline.**

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **January 22, 2019 at 4:00 p.m. prevailing Eastern Time.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Chapter 7 Trustee, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Bradford J. Sandler (bsandler@pszjlaw.com); and (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Benjamin A. Hackman (benjamin.a.hackman@usdoj.gov)

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **FEBRUARY 13, 2019 AT 10:45 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

Dated: January 8, 2019             PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:     bsandler@pszjlaw.com
           crobinson@pszjlaw.com
           pkeane@pszjlaw.com

Counsel to Alfred T. Giuliano, Chapter 7 Trustee