# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| NUTROGANICS, INC., et al.[1] | Case No. 16-12271 (CSS) |
| Debtors. | Jointly Administered |

## CHAPTER 7 TRUSTEE'S STATUS REPORT

Alfred T Giuliano, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors") submits this status report at the request of the Court to provide a general update. The Trustee provides the following update on the status of the case:

1. Pending sales of assets in the case: All asset sales have been completed.

2. Major litigation pending or expected to be filed in the case: None.

3. Status of analysis of chapter 5 causes of action, including whether any suits have been brought: No further chapter 5 causes of actions will be filed.

4. Every open adversary proceeding and the current status of such proceeding: All adversary proceedings except one have been settled or dismissed, and have been closed. Adv. Proc. No. 19-50260 remains open and the Trustee is in settlement discussions with the defendant.

5. Counsel's expectation as to any future significant developments or events in the administration of the case: Following settlement or closing of the open pending adversary proceeding, the Trustee will conduct any necessary claims review and file claim objections as needed. After the claims review is completed, the Trustee will prepare and complete his final report to be submitted to the Office of the United States Trustee for review.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Nutroganics, Inc. (1291); NuStar Manufacturing, LLC (7239); Silverbow Honey Company, Inc. (6713).

6. Any pending motions or other items awaiting disposition by the Court: None.

Dated: March 5, 2021

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
crobinson@pszjlaw.com
pkeane@pszjlaw.com

Counsel to Alfred T. Giuliano, Chapter 7 Trustee